# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | CAPT 76 |
| Violation Number | 6043742 |
| Officer Name (Print) | SHORE |
| Officer No. | 2736 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged (CFR / USC / State Code) |
|---|---|
| 9/22/2016 2:00pm | 36 CFR 4.12 |

Place of Offense: Little BALDY, SNP

Offense Description: Factual Basis for Charge — HAZMAT ☐

Failure to comply traffic control device

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SPENCER | CURTIS | W |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| E76 SSW | UT | 19 | LAND ROVER Range Rover | | GRN |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 150 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 180 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN OCT 05, 2016 16:14

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN OCT 05, 2016 16:14